# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Neal V. Stubbs Jr.  
1220 Canvasback Drive  
New Castle, DE 19720  
**SSN:** xxx–xx–5260

**Chapter:** 13

**Case No.:** 10–10218–BLS

Deborah L. Shields  
1220 Canvasback Drive  
New Castle, DE 19720  
**SSN:** xxx–xx–1767

## ORDER APPROVING MODIFICATION
## OF CONFIRMED PLAN

All parties in interest having been notified that the court would grant the debtor(s) request ex parte to modify their confirmed plan if no objections were filed by 9/20/10 and no objections having been filed,

**IT IS ORDERED** that the modification proposed by the debtor(s) is made a part of the confirmed plan.

Brendan Linehan Shannon  
Bankruptcy Judge

Dated: 9/21/10

(VAN–311)