# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                          **Chapter:** 13

Neal V. Stubbs Jr.
1220 Canvasback Drive
New Castle, DE 19720
**SSN:** xxx–xx–5260                                **Case No.:** 10–10218–BLS

Deborah L. Shields
1220 Canvasback Drive
New Castle, DE 19720
**SSN:** xxx–xx–1767

### NOTICE OF PROPOSED
### MODIFICATION OF PLAN AFTER CONFIRMATION

On 10/12/10 the debtor(s) filed an application to modify the confirmed plan pursuant to 11 U.S.C. § 1329. A copy of the application can be obtained from debtor's counsel, or registered PACER* users may obtain a copy via the PACER link on the court's website.

The court will grant the debtor(s) application ex parte if no written objection is filed with the court and served upon the debtor(s) attorney on or before 11/3/10 .

David D. Bird, Clerk

Dated: 10/13/10

*\* To sign up for a PACER account, visit the PACER website at http://pacer.psc.uscourts.gov or call (800) 676–6856. Registered PACER users may access the application from the Court's website, www.deb.uscourts.gov*

(VAN–303)